IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM UBS FINANCIAL SERVICES INC. AND UBS SECURITIES LLC IN AID OF A FOREIGN PROCEEDING | Case No.: **MEMO ENDORSED**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 11-25-24 |

### NOTICE OF APPLICATION FOR AN EXPEDITED ORDER PURSUANT TO 28 U.S.C. § 1782 AND NOTICE OF RELATED APPLICATION

PLEASE TAKE NOTICE that Leon Wagner ("Applicant"), upon the accompanying Memorandum of Law, the Declarations of Leon Wagner, Shai Avnieli, and Carl F. Regelmann, all exhibits attached thereto, and all other evidence the Court deems appropriate, respectfully petitions this Court for an expedited order pursuant to 28 U.S.C. § 1782 to take discovery from UBS Financial Services Inc. and UBS Securities LLC for use in the foreign proceeding in Israel.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 1.6, this application is related to *In Re: Application for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery from StoneX Securities Inc.*, Case No. 1:24-mc-00540.

Dated: November 21, 2024

Respectfully submitted,

**TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP**

By: /s/ *Daniel J. Horwitz*
    Daniel J. Horwitz
    Carl F. Regelmann

900 Third Avenue
New York, New York 10022
(212) 508-6700

*Attorneys for Applicant*

<u>Memorandum Endorsement</u>          <u>App. for Order to Take Discovery, 24-mc-0544 (LAK)</u>

The motion is granted to the extent that application Leon Wagner is authorized to serve subpoenas substantially in the form annexed as Exhibits 5 and 6 to the Declaration of Carl F. Regelmann and otherwise denied. This order is without prejudice to any motion by any subpoenaed person to quash or modify any subpoena issued pursuant hereto.

SO ORDERED.

Dated:    November 25, 2024

_____
Lewis A. Kaplan
United States District Judge